COLLINS *v.* STROH BREWERY COMPANY.

UNEMPLOYMENT COMPENSATION—DISQUALIFICATION FOR BENEFITS.
    Award of unemployment compensation benefits is affirmed where the Court of Appeals is not convinced that the facts as found by the appeal board demonstrate disqualifying misconduct by the employee claimant as a matter of law.

Appeal from Wayne, Kaufman (Nathan), J. Submitted Division 1 June 4, 1968, at Detroit. (Docket No. 4,514.) Decided June 10, 1968.

Reginald C. Collins presented his claim for unemployment compensation against his employer, Stroh Brewery Company, a Michigan corporation. Compensation awarded by appeal board and affirmed by

---

REFERENCEREFERENCE FOR POINTS IN HEADNOTE
    48 Am Jur, Social Security, Unemployment Insurance and Retirement Funds § 38.

circuit    court.    Defendant    employer    appeals. Affirmed.

*Bernard Adams, Jr.,* for plaintiff.

*Frank J. Kelley,* Attorney General, and *George M. Blaty,* Assistant Attorney General, for Employment Security Commission.

*Butzel, Eaman, Long, Gust & Kennedy (John B. Weaver,* of counsel), for defendant Stroh Brewery Company.

PER CURIAM. Reginald C. Collins was awarded unemployment compensation benefits and his ex-employer, Stroh Brewery Company, appeals.

We are not convinced that the facts as found by the appeal board demonstrate disqualifying miscon-duct as a matter of law.

Affirmed, with costs to plaintiff.

QUINN, P. J., and FITZGERALD and J. H. GILLIS, JJ., concurred.